# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-26-00555-CV

---

### In re Raymond E. Carr

---

### ORIGINAL PROCEEDING FROM HARRIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Raymond E. Carr has filed a petition for writ of mandamus asking this Court to direct the district court clerk for Harris County to file and docket his lawsuit.

This Court's mandamus jurisdiction is expressly limited by statute to: (1) writs against a trial court judge in this Court's district, and (2) all writs necessary to enforce our jurisdiction. *See* Tex. Gov't Code § 22.221. As to the former, the Third Court of Appeals has jurisdiction of appeals from the trial courts located in Bastrop, Bell, Blanco, Burnet, Caldwell, Coke, Comal, Concho, Fayette, Hays, Irion, Lampasas, Lee, Llano, McCulloch, Milam, Mills, Runnels, San Saba, Schleicher, Sterling, Tom Green, Travis, and Williamson counties. *See id.* § 22.201(d). This is an original proceeding from Harris County. *See id.* § 22.221. Thus, we have no jurisdiction to issue a writ of mandamus outside this Court's district. *See id.* As to the latter, Relator has not demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction in this case. Therefore, Relator has not established that we have jurisdiction to issue the writ he seeks.

For these reasons, the petition for writ of mandamus is denied.  *See* Tex. R. App. P. 52.8(a).


_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed:   June 24, 2026

2